FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 01, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELINDA KAY STODA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVIERA MOBILE HOME PARK, HOLLY MCCAUGHLEY, ED DILUCK, D/B/A/ GOLDEN BELL LLC, TONY BRANSON, ASHTON T. REYAZAT,<br><br>    Defendants. | No. 4:19-cv-05017-SAB<br><br>**ORDER DISMISSING AMENDED COMPLAINT; CLOSING FILE** |

Plaintiff is representing herself in this matter. Previously, the Court dismissed Plaintiff's Complaint for Lack of Subject Matter Jurisdiction, ECF No. 9. Plaintiff was granted leave to file an Amended Complaint. She did so. ECF No. 10.

In the Court's Order, Plaintiff was advised that she needed to amend her Complaint to demonstrate that the Court has subject-matter jurisdiction to hear this case. She has failed to do so. All the parties in the action are residents of the State of Washington; therefore, diversity jurisdiction does not exist. None of the parties are state actors; therefore, to the extent Plaintiff is relying on the U.S. Constitution to assert her claims, such claims fail to establish subject matter jurisdiction.

**ORDER DISMISSING AMENDED COMPLAINT; CLOSING FILE ~ 1**

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Amended Complaint, ECF No. 10, is **DISMISSED**.
2. The Court certifies that an appeal of this dismissal would not be in good faith.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide a copy to Plaintiff and close the file.

**DATED** this 1st day of August 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING AMENDED COMPLAINT; CLOSING FILE ~ 2**